IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY WAYNE TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-CV-900-WKW |
| LOUIS BOYD, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 14), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)  The Recommendation of the Magistrate Judge is ADOPTED;

(2)  Plaintiff's petition for habeas relief (Doc. # 1) is DENIED as it was not filed within the one year period of limitations mandated by 28 U.S.C. § 2244(d)(1); and

(3)  This case is DISMISSED with prejudice.

DONE this 27th day of December, 2011.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE